United States Courts
Southern District of Texas
FILED

NOV 2 5 2025

Nathan Ochsner, Clerk of Court

Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Hector Jon Arredondo Jr

§
§
§
versus                                             §      CIVIL ACTION NO. _____
§
Bechtel Corporation                    §
§
_____        §
_____        §

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: _Hector Jon Arredondo Jr_

   Address: _1011 Ponder St Corpus Christi Texas 78404_

   County of Residence: _Nueces_

3. The defendant is: _Bechtel Corporation_

   Address: _3000 Post Oak Blvd. Houston Texas Harris County 77056_

☑ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on _5-03-2024_ with the Equal Opportunity Commission.

5. On the date of _8 27-25_ , the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

Case 2:25-cv-00315 Document 1 Filed 11/25/25 in TXSD Page 2 of 10

1. C/O PATRICK MELFI

    949 COUNTY ROUTE 53

    OSWEGO NEW YORK 13126

    TEL: UNKNOWN

    EMAIL: UNKNOWN

2. GEOFFREY A MITCHELL C/O

    12011 SUNSET HILLS RD. STE. 112

    RESTON ~~VIRGIN~~ FAIRFAX. VIRGINIA 20190

    TEL: UNKNOWN

    EMAIL: UNKNOWN

6.  Because of the plaintiff's:

(a)  ☐  race

(b)  ☐  color

(c)  ☐  sex

(d)  ☐  religion

(e)  ☐  national orgin,

the defendant has:

(a)  ☐  failed to employ the plaintiff

(b)  ☑  terminated the plaintiff's employment

(c)  ☐  failed to promote the plaintiff

(d)  ☐  other: RETALIATION AFTER PARTICIPATING/ENGAGING IN PROTECTED ACTIVITY, HARASSMENT, THREATS, DENIED MEDICAL ATTENTION DENIED HEALTH INSURANCE, ISOLATION, DEMOTION, REMOVAL FROM COMMITEES, ULTIMATELY WRONGFULLY TERMINATED

7.  When and how the defendant has discriminated against the plaintiff:

RETALIATON, HARASSMENT, THREATENED, UNFAIR WRITE-UPS, DENIAL OF MEDICAL, DENIED HEALTH BENEFITS, SLANDER, ISOLATION, REMOVAL FROM COMMITEE, WITHELD BONUS', THREATS OF VIOLENCE IN AND OUT OF WORK

8.  The plaintiff requests that the defendant be ordered:

(a)  ☑  to stop discriminating against the plaintiff

(b)  ☐  to employ the plaintiff

(c)  ☐  to re-employ the plaintiff

(d)  ☐  to promote the plaintiff

BACK PAY, FRONT PAY, COMPENSARY DAMAGES. AS THIS AFFECTED CUSTODY OF MY SON, LOST HOME, LOST VEHICLE, PUNITIVE DAMACIES, COSTS AND ATTORNEYS FEES. ALL MEDICAL HEALTHCARE

(e)  ☐  to  _____

_____

_____ and that;

(f)  ☑  the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_____
(Signature of Plaintiff)

Address:    10 11   PANDER  ST.

CoRPus  CHRISTI  TX    78404

Telephone:    361 - 658 - 2686

United States Courts
Southern District of Texas
FILED

NOV 2 5 2025

Nathan Ochsner, Clerk of Court

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Corpus Christi DIVISION

Hector Jon Arredondo Jr

§
§
§
§

versus

§     CIVIL ACTION NO. _____

§

Bechtel Corporation

§
§
§
§
§

ORIGINAL COMPLAINT

I WAS EMPLOYED BY BECHTEL CORPORATION (DAN WILLIAMS) IN MY HOME TOWN OF CORPUS CHRISTI TEXAS. DURING MY EMPLOYMENT I ENGAGED IN A PROTECTED ACTIVITY AS PART OF A SEXUAL HARRASSMENT CLAIM AGAINST FOREMAN JESSE VILLALOBOS. RETALIATION BEGAN IMMIDIATELY. I REPORTED THIS, WHICH ONLY WORSTENED MY SITUATION. SLANDEROUS LANGUAGE AND THREATS ON MY JOB BEGAN BY MY SUPERIORS, AS THEY ARE BLOOD RELATIVES I WAS MOVED FROM MY POSITION THE DAY THIS MAN WAS FIRED, I WAS UNFAIRLY REPRIMANDED FOR ATTENDING MY GRANDFATERS FUNERAL, LIED TO, DEMOTED, PROMOTIONS WITHELD AFTER EARNING THROUGH CERTIFICATIONS. THREATENED, BOTH EMPLOYMENT AND PHYSICAL, DENIED MEDICAL AFTER BEING INJURED BOTH ON AND OFF SITE, FALSE ALLEGATIONS AND SCANDER, ISOLATION, REMOVAL FROM COMMITEES I WAS A LARGE PART OF AND TOOK PRIDE IN. I FOLLOWED CHAIN OF COMMAND, ~~DIST~~ SUPERVISOR, HR DEPT., CORPORATE HR DEPT., BECHTEL ETHICS AND COMPLIANCE, BECHTEL RESOLUTIONS TYLER OLSON), ALL OF THIS OVER THE TIME PERIOD FROM THREE MONTHS INTO MY START IN APRIL OF 2023, ENDING AFTER FINALLY REACHING OUT IN DESPERATION TO BRENDON BECHEL IN OCTOBER OF 2024, ONLY DAYS AFTER NEW OBTAINED ON SITE HR MANAGER MARIA LONG (OF MARIA LONG.COM)(FIRM) TOLD ME "YOU ARE WORKING IN A HOTILE ENVIRONMENT, MAYBE WE CAN RELOCATE YOU" I REFUSED THIS OFFER, AS I AM A CORPUS CHRISTI NATIVE. BORN AND RAISED. ON THAT DAY, I WAS ASKED TO SIGN A DOCUMENT STATING MY REASON FOR LEAVING. I HAVE ILL SUPPORTING DOCUMENTS, E-MAIL, MESSAGES AND, BUT NOT LIMITED TO, AUDIO/VIDEO.

Southern District of Texas
FILED

NOV 25 2025

Nathan Ochsner, Clerk of Court

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the

SOUTHERN District of TEXAS

CORPUS CHRIST Division

|  |  |
|---|---|
| HECTOR JON ALREDONDO JR | ) Case No. _____ |
| _____ | )                 *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)*  ☑Yes  ☐No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
|  | ) |
|  | ) |
| BECHTEL CORPORATION | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

####    A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    HECTOR JON ALREDONDO JR.

Street Address

City and County         CORPUS CHRISTI        NUECES     COUNTY

State and Zip Code      TEXAS        78404

Telephone Number

E-mail Address

####    B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known).* Attach additional pages if needed.

DEFENDANTS CONT.

1. C/O PATRICK MELFI

949 COUNTY ROUTE 53

OSWEGO NEW YORK 13126

TEL: UNKNOWN

EMAIL: UNKNOWN

2. GEOFFREY A MITCHELL C/O

12011 SUNSET HILLS RD STE. 112

RESTON FAIRFAX VIRGINIA 20190

TEL. UNKNOWN

EMAIL: UNKNOWN

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 USC. 1331   THIS COURT HAS JURISDICTION BECAUSE THE PLAINTIFF BRINGS CLAIMS UNDER FEDERAL STATUTES INCLUDING

TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED (42 USC. 2000e

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* ___HECTOR JON ALREDONDO Jr___ , is a citizen of the

State of *(name)* ___TEXAS___ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.　　If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.　　The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

_____

## III.　Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I WORKED FOR BECHTEL IN MY HOME OF CORPUS CHRISTI. DURING THIS TIME I WAS SUBJECTED TO DISCRIMINATION ND RETALIATION AFTER ENGAGING IN A PROTECTED ACTIVITY. I WAS ISOLATED, SUSPENDED, DEMOTED, REMOVED FROM COMMITTEES, TAKING AWAY INFORMATION AND OPPROTUNITY. THIS WAS DONE BY SUPERVISION ND HR. THREATENED WITH TERMINATION "IF I EVEN SNEEZED WRONG" DENIED MEDICAL ATTENTION FFECTING MY HEALTH PERMINATELY. THREATS OF VIOLENCE BOTH IN AND OUTSIDE OF WORK, AND AD MY GOOD NAME SLANDERED ACCLOSS THE INDUSTRY I HAVE WORKED SO HARD IN FOR VER 18 YEARS. THIS CONDUCT WAS INTENTIONAL AND MALICIOUS IN WRECKLESS REGUARD FOR MY EDERALLY PROTECTED RIGHTS UNDER TITLE VII AND RELATED FEDERAL LAWS. ALSO DENIED

IV.　　Relief HEALTH BENEFITS RESULTING IN HEALTH, FINANCIAL, CUSTODIAL BURDENS, AMONST OTHERS WHICH HAVE HAD A GREAT IMPACT ON MY FAMILYS WELL BEING

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. MY TIME WITH BECHTEL HAS AFFECTED MY ABILITY TO SECURE FUTURE MPLOYMENT. BECHTELS CONDUCT WAS INTENTIONAL, MALICIOUS, AND IN WRECKLESS REGUARD FOR BOTH, MY AFETY, AS WELL AS MY FEDERALLY PROTECTED RIGHTS UNDER TITLE VII AND RELATED FEDERAL LAWS IOLATING BECHTELS OWN, EXTENSIVE CODE OF CONDUCT, I SEEK COMPENSATORY DAMAGES FOR LOST JAGES, LOSING MY HOME, VEHICLE, EMPLOYMENT OPPROTUNITIES, EMOTIONAL PAIN & SUFFERING, ENTAL ANGUISH, SLANDER, AND PHYSICAL EFFECTS THAT RESULTED FROM DISCRIMINATION + RETALIA AOREOVER, I SEEK PUNITIVE DAMAGES BECAUSE BECHTELS ACTIONS WERE WILLFUL, AND DEMONSTRATE RECKLESS INDIFFERENCE TO MINE AND COUNTLESS OTHERS FEDERALLY PROTECTED IGHTS. PUNITIVE DAMAGES ARE ABSOLUTETLY NECESSARY TO DETER BECHTEL AND OTHER MPLOYERS FROM ENGIAGING IN SIMILAR UNLAWFUL CONDUCT (RELATED CASE RICHARD

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RELATED CASE, PROMINANTLY AIRED ON NETFLIX, RICHARD D. PARKS V. BECHTEL NORTH AMERICAN POWER CORPORATION CASE NUMBER 83-ERA-8 1987

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11-25-25

Signature of Plaintiff

Printed Name of Plaintiff    Hector Jon Arredondo Jr

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address